IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BMO HARRIS BANK N.A.,                                  |                  |
|--------------------------------------------------------|------------------|
| Plaintiff,                                             | 8:17CV461        |
| vs.                                                    |                  |
| CANNING LOGISTICS SERVICE LLC, DORAN POST,             | **ORDER**        |
| Defendants.                                            |                  |

This matter is before the Court on Plaintiff's Application for Writ of Execution. ([Filing No. 28](#).) Plaintiff requests that a writ issue to satisfy a judgment Plaintiff obtained against Canning Logistics Service LLC in the amount of $108,146.98.

For good cause shown,

**IT IS ORDERED:**

1. Plaintiff's Application for Writ of Execution ([Filing No. 28](#)) is granted.

2. The Clerk of Court shall issue a Writ of Execution against Canning Logistics Service LLC.

Dated this 26th day of November, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge