IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BMO HARRIS BANK N.A., <br><br> Plaintiff, <br><br> vs. <br><br> CANNING LOGISTICS SERVICE LLC and DORAN POST, <br><br> Defendants. | 8:17CV461 <br><br> **ORDER** |

Plaintiff's Motion for Dismissal with Prejudice (Filing No. 35) is granted. This case is dismissed with prejudice with both parties in this action to bear its own fees and costs.

Dated this 20th day of February, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge