IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BMO HARRIS BANK N.A., <br><br> Plaintiff, <br><br> vs. <br><br> DORAN POST, <br><br> Defendant. | 8:17CV461 <br><br> AMENDED ORDER OF DISMISSAL |

The Court has examined the previous dismissal, Filing No. 36, and has determined that such dismissal applies to only one defendant, not both defendants.[1] The previous dismissal entered by this Court, Filing No. 36, is hereby vacated due to a clerical error. This case is dismissed with prejudice without costs or attorneys' fees against Doran Post.

IT IS SO ORDERED.

Dated this 7th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

[1] The other defendant, Canning Logistics Service, LLC, was previously dismissed pursuant to a default judgment. Filing No. 21.