IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BMO HARRIS BANK N.A.,<br><br>              Plaintiff,<br><br>vs.<br><br>CANNING LOGISTICS SERVICE LLC and DORAN POST,<br><br>              Defendant. | **8:17CV461**<br><br>**ORDER OF DISMISSAL** |

    This matter is before the court following default judgment, (Filing No. 21) against defendant Canning Logistics Service LLC on August 31, 2018 and entry of an amended order of dismissal, (Filing No. 37) on March 7, 2019 as to defendant Doran Post.

    IT IS THEREFORE ORDERED that this action is dismissed.

    Dated this 29th day of October, 2019.

                                                          BY THE COURT:

                                                          s/ Joseph F. Bataillon<br>
                                                          Senior United States District Judge